UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

DANIEL LEE AUSTIN,

    Plaintiff,

v.

RANDY GROUNDS and DANNY HARTLINE,

    Defendants.

Case No. 09-cv-310-JPG

## JUDGMENT

This matter having come before the Court, and the Court having rendered a decision,

IT IS HEREBY ORDERED AND ADJUDGED that judgment in this case is entered in favor of defendants Randy Grounds and Danny Hartline and against plaintiff Daniel Lee Austin.

**DATED:** February 7, 2011    NANCY J. ROSENSTENGEL, Clerk of Court

                                            **s/Brenda K. Lowe, Deputy Clerk**

**Approved:**    s/ J. Phil Gilbert
                    **J. PHIL GILBERT**
                    **DISTRICT JUDGE**